

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7th floor*                                    *973-645-2700*
*Newark, New Jersey 07102*


January 5, 2026

**VIA EMAIL: criminalinfo@njd.uscourts.gov**

Melissa E. Rhoads, Clerk
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

Attention:    Antigone Owens-Krefski, Deputy Clerk

        Re:    *United States v. Jamie Karabinchak*

Dear Ms. Owens-Krefski:

      Enclosed for assignment is an Information charging defendant Jamie Karabinchak with the willful failure to collect, truthfully account for, and pay over payroll taxes, in violation of Title 26, United States Code, Section 7202. The Information and cover sheet are enclosed.

                    Very truly yours,

                    TODD BLANCHE
                    United States Deputy Attorney General

                    PHILIP LAMPARELLO
                    Senior Counsel

                    /s/ Matthew J. Belgiovine
              By: Matthew J. Belgiovine
                    Assistant U.S. Attorney